# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DR. JOYCE BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0736 |
| ) | Judge Trauger |
| MICHAEL HALE, JOHN DOE #1, and ) | |
| JOHN DOE #2, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Defendant Hale's Motion For Extension of Stay of Proceedings Pending Criminal Investigation (Docket No. 14), to which the plaintiff has responded in opposition (Docket No. 15), is **GRANTED IN PART**. It is hereby **ORDERED** that the stay is **EXTENDED** to Friday, May 13, 2011.

According to the Complaint in this case, the plaintiff's office was "raided" on August 6, 2009. It does seem that this investigation should be nearing its conclusion soon.

It is so **ORDERED.**

Enter this 15th day of March 2011.

_____
ALETA A. TRAUGER
U.S. District Judge