UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. JOYCE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:10-0736 |
| | ) Judge Sharp |
| MICHAEL HALE, JOHN DOE # 1 and | ) |
| JOHN DOE # 2, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons explained in the accompanying Memorandum, the Motion to Dismiss filed by Defendant Michael Hale (Docket No. 24), construed as a Motion for Summary Judgment, is GRANTED. Insofar as Plaintiff brings claims under the Federal Tort Claims Act, 28 U.S.C. § 2671 *et seq.*, those claims are hereby DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION. All claims against Defendant Hale in his official and individual capacities are hereby DISMISSED WITH PREJUDICE. The claims against John Doe # 1 and John Doe # 2 are hereby DISMISSED WITHOUT PREJUDICE.

The Clerk of this Court is hereby directed to close this case and enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE